**In re John Douglas PARKER,
Petitioner.**

**No. 11–4423.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
Dec. 22, 2011.

Opinion filed: Oct. 10, 2012.

John Douglas Parker, Minersville, PA,
pro se.

John M. Gallagher, Esq., Office of United States Attorney, Philadelphia, PA, for Plaintiff–Respondent.

Before: McKEE, Chief Judge,
ALDISERT and GARTH, Circuit Judges.

## OPINION

PER CURIAM.

Petitioner John Douglas Parker filed a petition for writ of mandamus on December 15, 2011, asking us to order the District Court to render a decision on his motion to vacate his sentence under 28 U.S.C. § 2255. Parker's § 2255 motion, filed in July 2010, had been ripe for disposition since October 2010.

By order entered December 19, 2011, the District Court dismissed Parker's § 2255 motion, declined to issue a certificate of appealability, and closed Parker's case. Because the District Court granted Parker the relief he requested in his mandamus petition—a decision on his § 2255 motion—his mandamus petition has been rendered moot, and we will deny it accordingly.